IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LORRAINE SCULLY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No.:    0 6 - 8 0 0 |
| | ) | |
| STAR ENTERPRISE, INC., a | ) | |
| Delaware Corporation, STAR | ) | |
| ENTERPRISES, INC., a Delaware | ) | Trial By Jury Demanded |
| Corporation MOTIVA ENTERPRISES, | ) | |
| LLC a Delaware Limited Liability | ) | |
| Company, PREMCOR, INC. | ) | |
| a Delaware Corporation, and VALERO | ) | |
| CORPORATION, a Delaware | ) | |
| Corporation, | ) | |
| | ) | |
| Defendants. | ) | |

## COMPLAINT

## THE PARTIES

1.    The plaintiff, Lorraine Scully is a resident of the State of Delaware.

2.    Star Enterprise, Inc., is a corporation organized and existing under the laws of the State of Delaware, whose agent for service of process is The Company Corporation 2711 Centerville Road, Suite 400, Wilmington, DE 19808.

3.    The defendant, Star Enterprises is a corporation organized and existing under the laws of the State of Delaware, whose agent for service of process is The Company Corporation 2711 Centerville Road, Suite 400, Wilmington, DE 19808.

4.    The defendant, Movita Enterprises, LLC is a Delaware Limited Liability Company organized and existing under the laws of the State of Delaware whose agent for service of process is The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801.

5.     The defendant, Premcor, Inc., is a corporation organized and existing under the laws of the State of Delaware, whose agent for service of process is The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801.

6.     The defendant, Valero Corporation, is a corporation organized and existing under the laws of the State of Delaware whose agent for service of process is The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801.

## JURISDICTION

7.     This Court has jurisdiction over the subject matter of this action under 29 U.S.C. §1132(e)(1).

8.     A copy of this Complaint has been served upon the Secretary of Labor and the Secretary of Treasury of the United States by Certified Mail.

9.     Venue lies in the District of Delaware under 29 U.S.C. §1132(e)(2) and 28 U.S.C. §1391(b).

## FACTS

10.     Harry Alinkoff is a former employee of, and is presently employed by one or more of the defendants.

11.     The defendants were the employers of Harry Alinkoff successively, as each succeeded to the company assets, and/or pension rights of Harry Alinkoff, as a result of corporate purchases, acquisitions, and/or mergers.

12.     The plaintiff and Harry Alinkoff were married on July 12, 1969, separated on April 15, 1989, and were divorced by the Family Court of The State of Delaware on March 12, 1990.

13.    The plaintiff and Harry Alinkoff entered into a separation agreement which was dated April 25, 1991.

14.    The final decree of divorce between the plaintiff and Harry Alinkoff, and subsequent settlement agreement constituted a "Qualified Domestic Relations Order" ("QDRO").

15.    The defendant, Star Enterprise, by letter dated September 25, 1992 acknowledged receipt of the final decree of divorce between the plaintiff and Harry Alinkoff, and acknowledged and agreed that that document met its criteria of a "Qualified Domestic Relations Order", and agreed to abide by its terms.

16.    The "QDRO" order entered by the Family Court of the State of Delaware provided that plaintiff was to receive 50% of Harry Alinkoff's age 65 pension as of March 1, 1990.

17.    As a result of corporate purchases, sales, acquisitions, and/or mergers, each of the defendants succeeded to the obligations acknowledged by the defendant, Star Enterprise.

18.    Harry Alinkoff has now either retired, or has received his pension benefits, either by periodic payment or by lump sum distribution.

19.    The defendants have failed to abide by the "QDRO" order entered by the Family Court of The State of Delaware.

20.    Harry Alinkoff continues to receive pension benefits or has received full pension benefits by a lump sum distribution from the defendants and no payments are or have been made to the plaintiff as required by the "QDRO" order.

21.    The actions of the defendants are in violation of their duties obligations and fiduciary responsibilities under 29 U.S.C. §1132 et.seq.

WHEREFORE, the plaintiff requests this court to:

a.    Enter a judgment against the defendants declaring the plaintiff's entitlement to the benefits under the "QDRO" order.

b.    Enter a judgment against the defendants, directing the defendants to pay to the plaintiff the sums of monies representing 50% of Harry Alinkoff's pension rights pursuant to the "QDRO" order.

c.    Enter a judgment against the defendants in a form of a constructive trust against sums of money held by the defendants of the pension rights of Harry Alinkoff, for the benefit of the plaintiff.

d.    Enter a judgment against the defendants in a sum representing an amount equal to 50% of all monies paid to date to Harry Alinkoff for any pension rights he has from the defendants.

e.    Enter injunctive relief to the plaintiff, directing the defendants to pay 50% of any pension benefits due to Harry Alinkoff in the future.

f.    Enter a judgment against the defendants declaring the plaintiff's entitlement to benefits as indicated above, and direct the pension plan and administrators to provide said benefits and make available said benefits to the plaintiff together prejudgment interest and post-judgment interest for the value of the benefit amounts not being provided to the plaintiff.

g.    Enter a judgment against the defendants for such amount as may be determined for a violation of "ERISA" §503 in accordance with her rights under §502(a)(3), 29 U.S.C. §1132(a)(3) along with prejudgment, post-judgment interest, costs and fees, including reasonable attorney fees incurred in connection with this action and in connection with any judgment proceeding to collect any judgment.

h.     Grant such other and further relief, legal or equitable as this Court may deem just, necessary and appropriate.

ABER, GOLDLUST, BAKER & OVER


_____ /s/ Gary W. Aber _____ _____
GARY W. ABER (DSB #754)
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE  19899
(302) 472-4900
Attorney for Plaintiff

DATED:  December 29, 2006

JS 44
(REV. 07/89)

# CIVIL COVER SHEET

06 - 800

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
LORRAINE SCULLY

**b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF___ New Castle
(EXCEPT IN U.S. PLAINTIFF CASES)

## DEFENDANTS
STAR ENTERPRISE, INC. STAR ENTERPRISES, INC., MOTIVA ENTERPRISES, LLC, PREMCOR, AND VALERO CORPORATION

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT ___ New Castle
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Gary W. Aber, Esquire, Aber, Goldlust, Baker & Over, 702 King Street, Suite 600, Wilmington, DE 19801

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE AN X IN ONE BOX ONLY)

☐ 1 U.S. Government

❋ 3 Federal Question

☐ 2 U.S. Government
Defendant

☐ 4 Diversity
(Indicated Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | XX 1 | ☐ 1 | Incorporated or Principal Place Of Business in This State | ☐ 4 | ☒4 |
| Citizen of Another State | 2 ☐ 2 |  | Incorporated and Principal Place Of business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CAUSE OF ACTION (CITE THE U S CIVIL STATUE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.

DO NOT CITE JURISDICTION STATUES UNLESS DIVERSITY)

**29 U.S.C. §1132 ERISA**

## V. NATURE OF SUIT (PLACE AN x IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUES |
|---|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>❋ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)<br>☐ 160 Stockholders Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability | **PERSONAL INJURY**<br>☐ 362 Personal Injury--Med Malpractice<br>365 Personal Injury --<br>Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Property Liability | ☐ 610 Agriculture<br>☐ 620 Other Food & Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 R.R. & Truck<br>☐ 650 Airline Regs<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark | ☐ 422 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce/ICC Rates/etc<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 875 Customer Challenge 12 USC 3410 |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | **LABOR**<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Railway Labor Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | **SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g))<br>**FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS – Third Party 26 USC 7609 | ☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 895 Freedom of Information Act<br>☐ 900 Appeal of Fee Determination Under Equal Access to Justice<br>☐ 950 Constitutionality of State Statues<br>☐ Other Statutory Actions |
| ☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Equipment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 260 All Other Real Property | ☐ 441 Voting<br>XX442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights | ☐ 510 Motions to Vacate Sentence<br>Habeas Corpus:<br>☐ 530 General<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Right | | | |

## VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  Transferred from ☐ 5 another district (specify)  ☐ 6 Multidistrict Litigation  Appeal to District ☐ 7 Judge from Magistrate Judgment

## VII. REQUESTED IN
**COMPLAINT:** ___ CHECK IF THIS IS A CLASS ACTION ☐ UNDER F.R.C.P 23    DEMAND $    Check YES only if demanded in complaint:
JURY DEMAND: ☒ YES    ☐ NO

## VIII. RELATED CASE(S)
IF ANY (See instructions)
JUDGE _____    DOCKET NUMBER _____

DATE
December 29, 2006

SIGNATURE OF ATTORNEY OF RECORD

UNITED STATES DISTRICT COURT

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. _____

06 - 800

# ACKNOWLEDGMENT
## OF  RECEIPT  FOR AO FORM  85

### *NOTICE OF AVAILABILITY OF A*
### *UNITED STATES MAGISTRATE JUDGE*
### *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ___6___ COPIES OF AO FORM 85.

_____12-29-06_____
(Date forms issued)

_____
(Signature of Party or their Representative)

Sean Casey
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action