## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LORRAINE SCULLY, | : |
| Plaintiff, | : |
| v. | : |
| STAR ENTERPRISE, INC., a Delaware Corporation, STAR ENTERPRISES, INC., a Delaware Corporation, MOTIVA ENTERPRISES, LLC, a Delaware Limited Liability Company, PREMCOR, INC., a Delaware Corporation, and VALERO CORPORATION, a Delaware Corporation, | : Civil Action No. 06-800 |
| Defendants. | : |

### ENTRY OF APPEARANCE

William M. Kelleher, Esquire, hereby enters his appearance on behalf of Premcor, Inc. and Valero Corporation, in the above-captioned case.

Dated: January 16, 2007
    Wilmington, Delaware

By: /s/ William M. Kelleher
    William M. Kelleher, Esq. (No. 3961)
    Ballard Spahr Andrews & Ingersoll, LLP
    919 North Market Street, 12th Floor
    Wilmington, DE 19801-3034
    Phone: (302) 252-4465
    Facsimile: (302) 252-4466
    E-mail: kelleherw@ballardspahr.com

    Counsel for the Defendants Premcor, Inc.
    and Valero Corporation

## **CERTIFICATE OF SERVICE**

I, William M. Kelleher, hereby certify that on this 16th day of January, 2007, I have served a true and correct copy of the foregoing Entry of Appearance upon the following counsel via First Class Mail:

Gary W. Aber, Esquire
Aber, Goldlust, Baker & Over
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE 19899

                                          By:/s/ William M. Kelleher
                                                William M. Kelleher, Esq. (No. 3961)
                                                Ballard Spahr Andrews & Ingersoll, LLP
                                                919 North Market Street, 12th Floor
                                                Wilmington, DE 19801-3034
                                                Phone:  (302) 252-4465
                                                Facsimile: (302) 252-4466
                                                E-mail: kelleherw@ballardspahr.com

                                                Counsel for the Defendants Premcor, Inc.
                                                and Valero Corporation