IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LORRAINE SCULLY,<br><br>               Plaintiff,<br><br>    v.<br><br>STAR ENTERPRISE, INC., a Delaware Corporation, STAR ENTERPRISES, INC., a Delaware Corporation, MOTIVA ENTERPRISES, LLC, a Delaware Limited Liability Company, PREMCOR, INC., a Delaware Corporation, and VALERO CORPORATION, a Delaware Corporation,<br><br>               Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:   Civil Action No. 06-800<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

William M. Kelleher, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission *pro hac vice* of Edward T. Groh of the law firm of Ballard Spahr Andrews & Ingersoll, LLP, Plaza 1000 - Suite 500, Main Street, Voorhees, New Jersey 08043-4636 to represent defendants Valero Energy Corporation (improperly pleaded as Valero Corporation) and The Premcor Refining Group, Inc. (improperly pleaded as Premcor, Inc.).

Dated: January 16, 2007

BALLARD SPAHR ANDREWS
& INGERSOLL, LLP

/s/ William M. Kelleher
William M. Kelleher, Esquire (No. 3961)
919 Market Street, 12th Floor
Wilmington, DE 19801-3034
Phone: (302) 252-4465
Facsimile: (302) 252-4466
E-mail: kelleherw@ballardspahr.com

Counsel for the Defendants Valero Energy
Corporation and The Premcor Refining Group, Inc.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to District Court Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Commonwealth of Pennsylvania, the State of New Jersey, and the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: January 5, 2007

By: _____
Edward T. Groh, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
Plaza 1000 - Suite 500
Main Street
Voorhees, NJ 08043-4636
Phone: (856) 873-5527
Facsimile: (856) 873-9075
E-mail: grohe@ballardspahr.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**BY THE COURT:**

Dated: _____   _____
United States District Court Judge

## **CERTIFICATE OF SERVICE**

I, William M. Kelleher, hereby certify that on this 16th day of January, 2007, I have served a true and correct copy of the foregoing Motion and Order for Admission Pro Hac Vice upon the following counsel via First Class Mail:

Gary W. Aber, Esquire
Aber, Goldlust, Baker & Over
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE 19899

                                                By:/s/ William M. Kelleher
                                                   William M. Kelleher, Esq. (No. 3961)
                                                 Ballard Spahr Andrews & Ingersoll, LLP
                                                 919 North Market Street, 12th Floor
                                                 Wilmington, DE 19801-3034
                                                 Phone: (302) 252-4465
                                                 Facsimile: (302) 252-4466
                                                 E-mail: kelleherw@ballardspahr.com

                                                 Counsel for the Defendants Premcor, Inc.
                                                 and Valero Corporation