IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LORAINE SCULLY<br><br>    Plaintiff<br><br>v.<br><br>STAR ENTERPRISE, INC., STAR ENTERPRISES, INC. and MOTIVA ENTERPRISES LLC, et al.<br><br>    Defendants. | Civil Action No. 06-800 GMS |

### ORDER

It appearing from the court file and docket that summonses have been issued in the above-captioned matter for the defendants Star Enterprise, Inc., Star Enterprises, Inc., and Motiva Enterprises LLC, and the 120-day limit for the completion of service in this case having expired and the defendants not having been served within that time period,

IT IS HEREBY ORDERED that:

The plaintiff is directed to SHOW GOOD CAUSE, in writing, within thirty (30) days from the date of this order, as to why the above-captioned case should not be dismissed as to these defendants without further notice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

_____
CHIEF UNITED STATES DISTRICT JUDGE

October __29__, 2007



FILED

OCT 29 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE