**ABER, GOLDLUST, BAKER, OVER**
(AN ASSOCIATION OF LAW PRACTICES)
702 KING STREET, SUITE 600
P.O. BOX 1675
WILMINGTON, DELAWARE 19899-1675

GARY W. ABER, P.C.
PERRY F. GOLDLUST, P.A.*
DARRELL J. BAKER, P.A.
SUSAN C. OVER
SHAUNA HAGAN
SAGAR SHAAH

(302) 472-4900
FACSIMILE    (302) 472-4920

November 29, 2007

*ALSO ADMITTED IN NEW YORK

The Honorable Gregory M. Sleet
United States District Court
844 N. King Street
Wilmington, DE  19801

      RE:    Scully v. Star Enterprises, et.al.
              <u>C.A. No.: 06-800 (GMS)</u>

Dear Judge Sleet:

      I am writing in response to your notice of a Rule to Show Cause as to the status of this matter. I am able to state, that I expect in the next day or two to be filing a Stipulation of Dismissal, without prejudice, as soon as the defense attorneys involved have approved the language of the dismissal. The parties have executed a Tolling Agreement while this ERISA matter goes through an administrative process.

      I apologize for allowing this matter to take this amount of time, but for both personal reasons, and the fact that this ERISA matter became incredibly complicated in determining who was responsible. The claims in this matter arise out of those by a divorced wife against her former husband's employer's at the Delaware City refinery for her share of his pension. As you may be aware, the chain of title as to the ownership of that refinery has taken many twists and turns in the past few years, and I attempted to untangle who was responsible for whatever pension benefits Ms. Scully's former husband which has taken much longer than necessary.

      Again, as I stated above, I expect this matter to be dismissed within the next couple days.

      If Your Honor requires any additional information, I am at the Court's disposal.

                                              Respectfully,

                                              /s/ Gary W. Aber

                                              Gary W. Aber

GWA/mac
cc:    Frederick A. Brodie, Esquire
         Edward T. Groh, Esquire
         William F. Kelleher, Esquire