IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LORRAINE SCULLY,<br><br>      Plaintiff,<br><br>  -against-<br><br>STAR ENTERPRISE, INC., a Delaware Corporation, STAR ENTERPRISES, INC., a Delaware Corporation, MOTIVA ENTERPRISES, LLC, a Delaware Limited Liability Company, PREMCOR, INC., a Delaware Corporation, and VALERO CORPORATION, a Delaware Corporation,<br><br>      Defendants. | Civil Action No. 06-800<br><br>STIPULATION OF DISMISSAL AND NOTICE OF DISMISSAL WITHOUT PREJUDICE |

    Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff Lorraine Scully hereby dismisses the above-captioned action as against Star Enterprise, Inc., Star Enterprises, Inc. and Motiva Enterprises, LLC, without prejudice.

    Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed, by and between the undersigned counsel, that the above-captioned action shall be, and the same hereby is, dismissed without prejudice and without costs or attorneys' fees as between Plaintiff Lorraine Scully, Premcor, Inc., and Valero Corporation.

Dated: Wilmington, Delaware
       February ___, 2007

ABER, GOLDLUST, BAKER & OVER

By:    /s/ Gary W. Aber
       Gary W. Aber

702 King Street, Suite 600
PO Box 1675
Wilmington, Delaware 19899
(302) 472-4900
Attorneys for Plaintiff

BALLARD, SPAHR, ANDREWS & INGERSOLL, LLP

By:    /s/ William M. Kelleher
       William M. Kelleher

919 North Market Street
12th Floor
Wilmington, DE 19801-3034
(302) 252-4465
Attorneys for Defendants Premcor, Inc., and Valero Corporation